AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>FISHER, RAYMOND C. | 2. Court or Organization<br><br>U.S. COURT OF APPEALS - NINTH CIRCUIT | 3. Date of Report<br><br>04/20/2015 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE - SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
|---|---|---|

**7. Chambers or Office Address**

U.S. COURT OF APPEALS - 9th CIRCUIT
125 S. GRAND AVE. #400
PASADENA, CA 91105

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Western Justice Center (nonprofit), Pasadena, CA |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/20/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Jan-Dec 14 | CA State Teachers Retirement System - Pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Stanford Law School | 2/6-7/2014 | Stanford, CA | Moot Court | Meals,transportation,lodging |
| 2. | Chicago Law School | 4/13-15/2014 | Chicago, IL | Speaking to students,faculty | Meals,transportation,lodging |
| 3. | American Law Institute | 12/3-5/2014 | Washington D.C. | Advisory Committee Meeting | Meals, transportation,lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/20/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIA Card Svcs NA RASP | A | Dividend | M | T | | | | | |
| 2. RFC STRIPS 0% 10/15/15 | | None | K | T | | | | | |
| 3. US TREAS STRIPS 0% 2/15/14 | | None | | | Redeemed | 02/18/14 | K | A | |
| 4. US TREAS STRIPS 0% 11/15/14 | | None | | | Redeemed | 11/17/14 | K | A | |
| 5. FINANCING CORP STRIPS 0% 5/30/14 | | None | | | Redeemed | 05/30/14 | K | A | |
| 6. CD WEBSTER BK, CT 3/31/14 | A | Interest | | | Redeemed | 03/31/14 | K | A | |
| 7. CD CITIBANK NA,NV 2.55% 3/24/15 | A | Interest | K | T | | | | | |
| 8. ALGER SPECTRA FUND | | None | | | Buy (add'l) | 05/15/14 | J | | |
| 9. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 10. | A | Dividend | M | T | Buy (add'l) | 12/19/14 | J | | |
| 11. BLACKROCK GLOBAL ALLOC CL A | | None | | | Buy (add'l) | 05/15/14 | L | | |
| 12. | | | | | Buy (add'l) | 07/13/14 | J | | |
| 13. | A | Dividend | M | T | Buy (add'l) | 12/19/14 | J | | |
| 14. CALAMOS INTERNATL | | None | | | Sold | 07/03/14 | L | D | |
| 15. CLEARBRIDGE APPREC FUND | | None | | | Buy | 05/15/14 | J | | |
| 16. | | | | | Buy (add'l) | 07/03/14 | M | | |
| 17. | A | Dividend | M | T | Buy (add'l) | 12/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. COLUMBIA DIV INCOME | A | Dividend | | | Buy (add'l) | 05/15/14 | J | | |
| 19. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 20. | A | Dividend | M | T | Buy (add'l) | 12/17/14 | J | | |
| 21. DREYFUS APPREC FD | | None | | | Buy (add'l) | 05/15/14 | J | | |
| 22. | A | Dividend | | | Buy (add'l) | 07/01/14 | J | | |
| 23. | | | | | Sold | 07/03/14 | L | E | |
| 24. FEDERATED KAUFMAN LG CAP | | None | L | T | Buy | 07/03/14 | L | | |
| 25. FRANKLIN MUT GLOBAL DISC FD | | None | | | Buy (add'l) | 05/15/14 | J | | |
| 26. | | | | | Buy (add'l) | 07/03/14 | L | | |
| 27. | A | Dividend | K | T | Buy (add'l) | 12/30/14 | J | | |
| 28. FRANKLIN STRATEGIC INC FD | A | Dividend | | | Buy (add'l) | 07/01/14 | J | | |
| 29. | | | | | Sold | 07/03/14 | L | | |
| 30. GABELLI ASSET FD | | None | | | Buy (add'l) | 05/15/14 | J | | |
| 31. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 32. | A | Dividend | J | T | Buy (add'l) | 12/30/14 | J | | |
| 33. GUGGENHEIM BULLETSHARES(GBS) 2016 | | None | M | T | Buy | 07/03/14 | M | | |
| 34. GBS 2017 | | None | M | T | Buy | 07/03/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GBS 2018 | | None | M | T | Buy | 07/03/14 | M | | |
| 36. GBS 2019 | | None | M | T | Buy | 07/03/14 | M | | |
| 37. INTREPID CAP FD | | None | | | Buy (add'l) | 05/15/14 | J | | |
| 38. | A | Dividend | | | Buy (add'l) | 06/17/14 | J | | |
| 39. | | | | | Sold | 07/03/14 | J | D | |
| 40. INVESCO BAL RISK FD | | None | | | Sold | 07/03/14 | K | A | |
| 41. J.HANCOCK STRATEGIC INCM | A | Dividend | | | Buy (add'l) | 07/01/14 | J | | |
| 42. | | | | | Sold | 07/03/14 | L | D | |
| 43. J.HANCOCK DISCIPLINED VALUE | | None | L | T | Buy | 07/03/14 | K | | |
| 44. KOPERNIK GLOBAL | | None | L | T | Buy | 07/03/14 | L | | |
| 45. LEGG MASON BW GLOBAL | | None | M | T | Buy | 07/03/14 | M | | |
| 46. LORD ABBET INT'L | A | Dividend | | | Buy (add'l) | 06/30/14 | J | | |
| 47. | | | | | Sold | 07/03/14 | L | D | |
| 48. LORD ABBETT SHORT TERM | A | Dividend | | | Buy (add'l) | 06/30/14 | J | | |
| 49. | | | | | Sold | 07/03/14 | M | B | |
| 50. METROPOLITAN WEST TOT.RET.BOND | | None | | | Buy (add'l) | 05/15/14 | J | | |
| 51. | A | Dividend | | | Buy (add'l) | 06/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 07/03/14 | J | A | |
| 53. MFS VALUE FD | | None | | | Buy (add'l) | 05/15/14 | J | | |
| 54. | A | Dividend | | | Buy (add'l) | 06/26/14 | J | | |
| 55. | | | M | T | Buy (add'l) | 07/03/14 | M | | |
| 56. NATIONWIDE GENEVA GROWTH (fka Highmark Geneva Mid Cap) | | None | | | Sold | 07/03/14 | K | D | |
| 57. PIONEER FUNDAMENTAL GRWTH | | None | | | Buy (add'l) | 05/15/14 | J | | |
| 58. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 59. | A | Dividend | M | T | Buy (add'l) | 12/30/14 | J | | |
| 60. PIONEER FUND GWTH | | None | | | Buy | 05/15/14 | J | | |
| 61. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 62. | A | Dividend | M | T | Buy (add'l) | 12/30/14 | J | | |
| 63. PRINCIPAL MID CAP BLEND | | None | | | Buy (add'l) | 05/15/14 | K | | |
| 64. | | | | | Sold | 07/03/14 | L | D | |
| 65. PRUDENTIAL SHORT TERM CORP BOND | | None | | | Buy (add'l) | 05/15/14 | J | | |
| 66. | A | Dividend | | | Buy (add'l) | 06/30/14 | J | | |
| 67. | | | | | Sold | 07/03/14 | M | A | |
| 68. PRUDENTIAL TOTAL RETURN | A | Dividend | | | Buy (add'l) | 06/30/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | Sold | 07/03/14 | L | A | |
| 70. | PUTNAM EQUITY INCOME | | None | M | T | Buy | 07/03/14 | M | | |
| 71. | SUN AMERICA FOCUSED DIV | | None | | | Buy (add'l) | 05/15/14 | J | | |
| 72. | | A | Dividend | | | Buy (add'l) | 06/26/14 | J | | |
| 73. | | | | M | T | Buy (add'l) | 07/03/14 | J | | |
| 74. | TEMPLETON GLOBAL FD | | None | | | Buy (add'l) | 05/15/14 | J | | |
| 75. | | A | Dividend | | | Buy (add'l) | 06/30/14 | J | | |
| 76. | | | | | | Sold | 07/03/14 | M | A | |
| 77. | THORNBURG INVESTMENT INCM | A | Dividend | | | Buy (add'l) | 05/15/14 | J | | |
| 78. | | A | Dividend | | | Buy (add'l) | 06/30/14 | J | | |
| 79. | | | | | | Sold | 07/03/14 | L | A | |
| 80. | UAM FPA CRESCENT | | None | | | Buy (add'l) | 05/15/14 | J | | |
| 81. | | A | Dividend | | | Buy (add'l) | 07/03/14 | J | | |
| 82. | | | | | | Sold | 07/03/14 | L | A | |
| 83. | VIRTUS MULTISECTOR S-T BOND FD | A | Dividend | | | Buy (add'l) | 06/30/14 | J | | |
| 84. | | | | | | Sold | 07/03/14 | L | A | |
| 85. | WESTERN ASSET CORE | A | Dividend | | | Buy (add'l) | 06/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | FISHER, RAYMOND C. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 07/03/14 | L | A | |
| 87. C.SCHWAB MUNI FUND | | None | | | Closed | 07/22/14 | J | A | |
| 88. NATIONWIDE AMERICA'S VISION ANNUITY (FID.VIP EQUITY) | B | Distribution | L | T | | | | | |
| 89. JACKSON NAT'L LIFE (ANNUITIES) | B | Distribution | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. LINE 28:  IVA purchase/sale misreported for 2012 as a 2012 transaction, but was actually a purchase on 12/2/09 and sale on 11/22/11. The values were correctly reported as K per book value (T)

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/20/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RAYMOND C. FISHER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544